SECOND DEPARTMENT MAY, 1967

(May 1, 1967)

In the Matter of HARRY J. COMAN, an Attorney, Respondent. SAMUEL GREASON, Petitioner.

532

Beldock, P. J., Ughetta, Christ, Brennan and Rabin, JJ., concur.